# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FOXLANE HOMES AT COLLEGEVILLE, INC. | : | No. 179 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| SILVER RHINO DEVELOPMENT - HOPWOOD, LLC, GALMAN GROUP, LTD D/B/A THE GALMAN GROUP, ARNOLD GALMAN, GALMAN HOPWOOD LENDER, LLC, HOPWOOD HOMES, LLC, DOE CORPORATION 1, DOE CORPORATION 2, DOE CORPORATION 3, AND GLEN FALSO | : | |
| _____ | : | |
| | : | |
| CAPITAL COMMERICAL REAL ESTATE GROUP, INC. | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SILVER RHINO DEVELOPMENT - HOPWOOD, LLC, GALMAN GROUP, LTD D/B/A THE GALMAN GROUP, ARNOLD GALMAN, GALMAN HOPWOOD LENDER, LLC, HOPWOOD HOMES, LLC, DOE CORPORATION 1, DOE CORPORATION 2, DOE CORPORATION 3, AND GLEN FALSO | : | |

PETITION OF: HOPWOOD HOMES, LLC

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.